# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN BOBOCEL,<br><br>    Defendant. | Case No.  2:24-mj-2595<br><br>ORDER OF DETENTION |

    Defendant Juan Bobocel made his initial appearance on May 3, 2024. DFPD Lillian Chu was appointed to represent Mr. Bobocel. Counsel requested a continuance of the detention hearing until May 8, 2024, because she had been informed that retained counsel intended to file a motion for substitution of counsel and needed time to prepare for a detention hearing. The Court issued an order of temporary detention.

    The Court held a continued hearing on May 8, 2024. Retained counsel had substituted into the case, was present, and submitted on the government's request for detention. The Court entered an order of permanent detention, and makes the following findings:

On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance, Mr. Bobocel has resided in the United States for a fairly short time. He has no lawful status in the United States. The Pretrial Services report reflects failures to appear for both removal proceedings and for criminal proceedings. And Mr. Bobocel has no verified bail resources that might mitigate the concerns raised by the other circumstances described here.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any

attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 8, 2024

                                                  /s/
                            BRIANNA FULLER MIRCHEFF
                        UNITED STATES MAGISTRATE JUDGE